**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Gerard Gabel

Appellate case number:     01-20-00815-CV

Trial court case number:    2010-74676

Trial court:                        312th District Court of Harris County

Relator, Gerard Gabel, has filed a petition for a writ of mandamus. The Court requests a response to the petition from the real party in interest. **The response, if any, is due to be filed with this Court no later than 20 days of the date of this order.**

It is so ORDERED.

Judge's signature:  _____/s/ Evelyn V. Keyes_____
                              ☑ Acting individually    ☐ Acting for the Court

Date:  _____December 17, 2020_____